United States Bankruptcy Court

Central District of California

In re:                                             Case No. 20-15910-SY

Kristin Arianne Lapuos                             Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 2
Date Rcvd: Dec 14, 2020  Form ID: 318a  Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristin Arianne Lapuos, 11845 Yellow Iris Way, Moreno Valley, CA 92557-6022 |
| cr | + | Mercedes-Benz Financial Services USA LLC, c/o Bk Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 40453483 | + | Mercedes Benz Financial, 14372 Heritage Parkway, Fort Worth, TX 76177-3300 |
| 40453484 | + | Nissan Motor Acceptance, P.O. Box 660366, Dallas, TX 75266-0366 |
| 40453486 | + | Synergetic Communications, 5450 Northwest Central., Ste. 220, Houston, TX 77092-2061 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Dec 15 2020 07:13:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 15 2020 07:13:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 40453478 | + | EDI: AMEREXPR.COM | Dec 15 2020 07:08:00 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 40453479 | | EDI: BANKAMER.COM | Dec 15 2020 07:08:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| 40453480 | + | EDI: CAPITALONE.COM | Dec 15 2020 07:08:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 40453481 | + | EDI: WFNNB.COM | Dec 15 2020 07:13:00 | Comenity Bank / Wayfair, P.O. Box 182789, Columbus, OH 43218-2789 |
| 40453482 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2020 04:06:26 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 40453485 | + | Email/Text: bnc@nordstrom.com | Dec 15 2020 04:18:52 | Nordstrom TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6505 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | Daimler Trust |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Dec 14, 2020 | Form ID: 318a | Total Noticed: 13

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2020            Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

**Name**  **Email Address**

Ethan Kiwhan Chin
    on behalf of Debtor Kristin Arianne Lapuos ethan@ethanchinlaw.com

Sheryl K Ith
    on behalf of Creditor Daimler Trust sith@cookseylaw.com sith@ecf.courtdrive.com

Steven M Speier (TR)
    lmorvant@sspeier.net C183@ecfcbis.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kristin Arianne Lapuos** | Social Security number or ITIN   xxx–xx–7865 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of California** | | |
| Case number:   **6:20–bk–15910–SY** | | |

# Order of Discharge – Chapter 7                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kristin Arianne Lapuos

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 12/14/20

**Dated:** 12/14/20                                       **By the court:**   Scott H. Yun
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

16/AUT

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc             **Order of Chapter 7 Discharge**                      page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**